CHIEF JUSTICE
 CAROLYN WRIGHT

JUSTICES
 DAVID L. BRIDGES
 MOLLY FRANCIS
 DOUGLAS S. LANG
 ELIZABETH LANG-MIERS
 ROBERT M. FILLMORE
 LANA MYERS
 DAVID EVANS
 DAVID LEWIS
 ADA BROWN
 CRAIG STODDART
 BILL WHITEHILL
 DAVID J. SCHENCK



## Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FASCIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

July 23, 2015

Joe R. Coronado
TDCJ No775662
Wynne Unit
810 FM 2821
Huntsville, Tx. 77349

RE:   Court of Appeals Number:   05-00-01979-CR & 05-97-00321-CR
      Trial Court Case Number:   F96-77084-UK

Style: Coronado Sr., Joe Rodriguez
      v.
      The State of Texas

_____ 1.   The case has been submitted and is pending consideration.

_____ 2.   The Court of Criminal Appeals has jurisdiction over post-conviction writs and habeas corpus. Please contact the Court of Criminal Appeals for any forms or information.

_____ 3.   The Court has no record of an appeal on file in the above referenced name or trial court number.

_____ 4.   Enclosed is a copy of the opinion in your appeal.

_____ 5.   This Court does not appoint counsel

_____ 6.   Neither the judges nor the staff of this Court can give legal advice. Therefore, you may wish to contact your attorney; the trial court; or the State Counsel for Offenders, Texas Department of Criminal Justice, P.O. Box 4005, Huntsville, TX, 77342 for further information or assistance.

_____ 7. The Court does not have jurisdiction to compel the trial court to provide you with free copies of any of your trial court records. This Court does not provide free copies of any documents without prepayment of costs. Our charge is $.10 per page payable in advance by cashier's check or money order.

_____ 8. Your case has been set for submission on

_____ 9. Our records reflect that the

_____ 10. Enclosed please find the copies you requested.

__x__ 11. The cost for the copies you requested is ( clerk records 2 volumes 148 pages, reporter records 5 volumes 693 pages, pdr 20 pages, total cost to copy & ship $106.10

Respectfully,

/s/ Lisa Matz, Clerk of the Court

2